**87-192.** State v. Coleman. *Hamilton County*, No. C-850340. On motion for rehearing. Rehearing denied. On motion for stay. Stay denied.

**87-243.** State v. Poindexter. *Hamilton County*, No. C-850394. On motion for rehearing. Rehearing denied. On motion for stay. Stay denied.

**88-1823.** State v. Gibson. *Portage County*, No. 1738. On motion for rehearing. Rehearing denied.

**88-2114.** DiMarco v. Bernstein. *Cuyahoga County*, No. 54406. On motion for rehearing. Rehearing denied.

### DISCIPLINARY DOCKET

**89-276.** In re Riebel. Pursuant to the provisions of Section 9(a)(iii) of Gov. Bar R. V, David Riebel is hereby suspended from the practice of law for an indefinite period, and this matter is referred to the Columbus Bar Association for further proceedings.

### MISCELLANEOUS DISMISSALS

**88-2207.** Fritts v. Entenmann's, Inc. *Cuyahoga County*, No. 54373. Cross-appeal of Fritts dismissed, on application of counsel for Fritts, effective March 6, 1989.

**89-45.** Frazee v. Tucker. *Knox County*, No. 88-CA-16. Cause dismissed, on application of counsel for appellant, effective March 7, 1989.

**89-78.** State, ex rel. King, v. Ohio Dept. of Rehab. & Corr. In Mandamus. Cause dismissed, on application to dismiss of relator, effective March 7, 1989.

**89-201.** Blanchester Lumber & Supply, Inc. v. Cardinal State Bank. *Warren County*, No. CA88-05-047. *Sua sponte,* cause dismissed for want of prosecution, effective March 7, 1989.

## Wednesday, March 22, 1989

### MERIT DOCKET

**89-81.** State, ex rel. Davis, v. Court of Common Pleas of Summit Cty. In Procedendo. On answer of respondent. Answer

of respondent treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**89-119.** State, ex rel. Goudy, v. Badger. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**89-225.** State, ex rel. Mayle, v. State of Ohio. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**89-238.** State v. Lunsford. *Stark County*, No. CA-7277. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Wright, H. Brown and Resnick, JJ., concur.

Douglas, J., dissents.

**89-263.** Hazen v. Sindell, Lowe & Guidubaldi. *Summit County*, No. 13724. On motion to file notice of appeal instanter and on motion to dismiss. Motion to file instanter denied. Motion to dismiss granted and cause dismissed.

Moyer, C.J., Wright, H. Brown and Resnick, JJ., concur.

Sweeney, Holmes and Douglas, JJ., dissent.